1  LAWRENCE G. BROWN
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED

OCT 16 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09cr0444 JAM |
| Plaintiff, | |
| v. | VIOLATIONS: 18 U.S.C. § 1341 – Mail Fraud; 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 1014 – False Statement in Loan and Credit Applications (Two Counts) |
| JERRY VAN LE, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 1341 – Mail Fraud]

The United States Attorney charges: T H A T

JERRY VAN LE,

defendant herein, on or about June 6, 2006, in the State and Eastern District of California, having devised a scheme and artifice to obtain property by means of false pretenses, for the purpose of executing and in order to effect the scheme and artifice to obtain property, did knowingly cause to be sent, delivered, and moved by private and commercial interstate carrier, a Uniform Residential Loan Application, in violation of Title 18, United States Code, Sections 1341 and 2.

1

1  COUNTS TWO AND THREE: [18 U.S.C. § 1343 - Wire Fraud]
2       The United States Attorney further charges:  T H A T
3                        JERRY VAN LE,
4  defendant herein, as follows:
5                    I.    INTRODUCTION
6       At all times relevant to this Information:
7       1.   Trans Union was a credit reporting agency that maintained
8  credit histories for nearly every individual who has received credit
9  during their lifetime.  This information was generally maintained
10 using identifiers particular to each individual, such as the
11 individual's name, address, and social security account number.
12      2.   Toyota Town is located in Stockton, California and sold
13 Toyota motor cars.  At all times relevant to this Information, one
14 source of financing for cars sold at Toyota Town was Toyota Financial
15 Services (TFS), in Elk Grove, California.
16      3.   Mercedes Benz of Sacramento is located in Sacramento,
17 California.  At all times relevant to this Information, one source of
18 financing for cars sold at Mercedes Benz of Sacramento is Daimler-
19 Chrysler Financial Services (DCFS), USA, LLC, located in Sacramento,
20 California.
21      4.   Prior to selling cars financed by TFS or DCFS, Toyota Town
22 or Mercedes Benz of Sacramento, respectively, required a prospective
23 buyer to complete a credit application.  This application required
24 the buyer to identify himself and provide his social security account
25 number.  Toyota Town, working with TFS, and Mercedes Benz of
26 Sacramento, working with DCFS, then sent this identifying information
27 to Trans Union in order to determine the buyer's credit worthiness.
28      5.   Credit checks sent to Trans Union were processed by either

their offices in Chester, Pennsylvania or Chicago, Illinois. Trans Union ran credit checks on a potential buyer's credit history and sent a reply to Toyota Town that contained a credit score for the potential buyer. In the event that a credit reporting agency did not have any information about that buyer, a response indicating as much was sent.

6. Approval by TFS or DCFS of an application was dependent upon the responses received by Trans Union.

## II. THE SCHEME TO DEFRAUD

7. Between on or about August 23, 2008, and on or about December 15, 2008, in the State and Eastern District of California and elsewhere, defendant JERRY VAN LE did devise and intend to devise a material scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

## III. WAYS AND MEANS

8. In furtherance of the fraud, on or about August 23, 2008, defendant JERRY VAN LE represented to Toyota Town and TFS that his name was Karl Dunmoore, and his social security account number was xxx-xx-2256. In truth and in fact, as defendant JERRY VAN LE well knew, his name was not Karl Dunmoore, and his social security account number was not xxx-xx-2256.

9. In furtherance of the fraud, on or about December 15, 2008, defendant JERRY VAN LE represented to Mercedes Benz of Sacramento and DCFS that his name was Karl Dunmoore, and his social security account number was xxx-xx-2256. In truth and in fact, as defendant JERRY VAN LE well knew, his name was not Karl Dunmoore, and his social security account number was not xxx-xx-2256.

IV.  THE INTERSTATE WIRE COMMUNICATIONS

10. On or about August 23, 2008, in the State and Eastern District of California, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, defendant JERRY VAN LE did knowingly cause to be transmitted by means of wire in interstate and foreign commerce, the writings, signs, signals and sounds specified below:

| Count | From | To | Contents |
|---|---|---|---|
| 2 | Toyota Town | Trans Union | A request for a credit check containing defendant JERRY VAN LE's reported social security account number of xxx-xx-2256. |

11. On or about December 15, 2008, in the State and Eastern District of California, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, defendant JERRY VAN LE did knowingly cause to be transmitted by means of wire in interstate and foreign commerce, the writings, signs, signals and sounds specified below:

| Count | From | To | Contents |
|---|---|---|---|
| 3 | Mercedes Benz of Sacramento | Trans Union | A request for a credit check containing defendant JERRY VAN LE's reported name and social security account number of xxx-xx-2256. |

All in violation of Title 18, United States Code, Section 1343.

COUNTS FOUR AND FIVE: [18 U.S.C. § 1014 - False Statements in Loan and Credit Applications]

The United States Attorney further charges: T H A T

JERRY VAN LE,

defendant herein, in the State and Eastern District of California, knowingly made false statements and reports for the purpose of

4

influencing the action of banks whose deposits are insured by the Federal Deposit Insurance Corporation, upon applications, advances, purchases, purchase agreements, commitments, and loans, to wit:

| Count | Institution | Date | Representation |
|---|---|---|---|
| 4 | Bank of America | November 4, 2008 | That his name was Thomas Johnson and his social security number was xxx-xx-1777 |
| 5 | Bank of America | January 3, 2009 | That his name was Joseph Lee and his social security number was xxx-xx-8761 |

when in truth and in fact, as the defendant well knew, his name and social security number were not as represented, in violation of Title 18, United States Code, Sections 1014.

Dated: October 16, 2009

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

By: /s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney

5

PENALTY SLIP

**DEFENDANT:**     **JERRY VAN LE**

**Count 1**
Violation:        18 U.S.C. § 1341 - Mail Fraud

Penalties:        Not more than 30 years imprisonment
                  Not more than $1,000,000.00
                  Term supervised release of at least 5 years.

**Counts 2 and 3**
Violation:        18 U.S.C. § 1343 - Wire Fraud

Penalties:        Not more than 20 years imprisonment
                  Not more than $250,000.00
                  Term supervised release of at least 3 years.

**Counts 4 and 5**
Violation:        18 U.S.C. § 1014 - False Statement in Loan and Credit Applications
                  (Two Counts)

Penalties:        Not more than 30 years imprisonment
                  Not more than $1,000,000.00
                  Term supervised release of at least 5 years.

**PENALTY ASSESSMENT: Mandatory $100.00 penalty assessment per count**