1              IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA

2

UNITED STATES OF AMERICA,
3                  Plaintiff,

4          v.                        CR. NO. S-09-0444 JAM

5   JERRY VAN LE,
                   Defendant.
6   _____/
    UNITED STATES OF AMERICA,
7                  Plaintiff,
            v.
8                                    CR. NO. S-09-0159 EJG
    CHUNG JENG TANG,
9                  Defendant.
    _____/
10  UNITED STATES OF AMERICA,
                   Plaintiff,
11          v.
                                     CR. NO. S-09-0172 EJG
12  TEHAN FERGUSON,
                   Defendant.
13  _____/
    UNITED STATES OF AMERICA,
14                 Plaintiff,
            v.
15                                   CR. NO. S-09-0173 EJG
    NATHAN BITNER,
16                 Defendant.
    _____/
17  UNITED STATES OF AMERICA,
                   Plaintiff,
18          v.

19  COREY EBANKS,                    CR. NO. S-09-0174 EJG
                   Defendant.
20  _____/
    UNITED STATES OF AMERICA,
21                 Plaintiff,
            v.
22
    KEILAN JOHNSON,                  CR. NO. S-09-0175 EJG
23                 Defendant.
    _____/   RELATED CASE ORDER
24

25

26                                  1

1    The United States Attorney's Office has filed a Notice of
2   Related case seeking to relate <u>United States v. Jerry Van Le</u>, Cr.
3   No. 09-0444 JAM, to the other above-captioned cases. Examination
4   of <u>Le</u> reveals it is related to the other actions within the
5   meaning of Eastern District Local Rule 83-123.  The cases arise
6   out of the same law enforcement investigation and present common
7   factual and legal issues.  Accordingly, assignment of the matters
8   to the same judge will effect a saving of judicial effort and is
9   also likely to be convenient for the parties.

10    Relating the cases merely results in assignment to the same
11   judge; no consolidation is effected.  Under the regular practice
12   of this court related cases are generally assigned to the judge
13   to whom the first filed action was assigned.

14    IT IS THEREFORE ORDERED that the action entitled <u>United</u>
15   <u>States v. Jerry Van Le</u>, Cr. No. S-09-0444 JAM, is hereby
16   reassigned to Judge Edward J. Garcia for all further proceedings;
17   the caption on documents filed in the reassigned case shall be
18   shown as Cr. No. S-09-0444 EJG. ***A status conference in the***
19   ***reassigned case shall be at 10:00 a.m., February 5, 2010 before***
20   ***Judge Garcia.*** IT IS FURTHER ORDERED that the Clerk of the Court
21   make appropriate adjustment in the assignment of criminal cases
22   to compensate for this reassignment.

23    IT IS SO ORDERED.

24   Dated: January 25, 2010        /s/ Edward J. Garcia
                                     EDWARD J. GARCIA, JUDGE
25                                   UNITED STATES DISTRICT COURT

26                                   2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26