1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2725

   IN THE UNITED STATES DISTRICT COURT FOR THE

   EASTERN DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,   )
                               )  CR. 2:09-CR-0444
        Plaintiff,             )
                               )  STIPULATION AND
                               )  ORDER CONTINUING JUDGMENT
        v.                     )  AND SENTENCING
                               )
   JERRY VAN LE,               )
                               )
        Defendant.             )
                               )
   _____)

        IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Mark Axup, Counsel for Defendant Jerry Van Le, that the judgment and sentencing currently set for Friday, August 27, 2010, be vacated and continued to Friday, September 17, 2010 at

   ///
   ///
   ///
   ///
   ///
   ///

                                 1           Stipulation and
                                              Order Continuing
                                           Judgment and Sentencing

at 10:00 a.m.  The reason for this request is that the Assistant United States Attorney will be unavailable on August 27, 2010.

DATED: August 25, 2010        By: /s/ Kyle F. Reardon
                                  KYLE F. REARDON
                                  Assistant U.S. Attorney


DATED: August 25, 2010        By: /s/ Kyle F. Reardon
                                  for MARK AXUP
                                  Attorney for Defendant
                                  JERRY VAN LE

**ORDER**

**APPROVED AND SO ORDERED:**

Date: August 26, 2010

                                  /s/
                                  HONORABLE EDWARD J. GARCIA
                                  SENIOR UNITED STATES DISTRICT
                                  COURT JUDGE