1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2725

FILED

SEP 2 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR. 2:09-CR-0444 |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING JUDGMENT |
| | ) | AND SENTENCING |
| JERRY VAN LE, | ) | |
| | ) | AS MODIFIED |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Mark Axup, Counsel for Defendant Jerry Van Le, that the judgment and sentencing currently set for Friday, September 17, 2010, be vacated and continued to Friday,
///
///
///
///
///

                                    Stipulation and Order
                                    Continuing Judgment and
                             1      Sentencing

1 | December 3, 2010 at 10:00 a.m.  The reason for this request is
2 | that the Assistant United States Attorney will be unavailable on
3 | September 17, 2010.

[handwritten above "3,": 10 A]

5 | DATED: September 16, 2010         By: /s/ Kyle F. Reardon
6 |                                        KYLE F. REARDON
                                           Assistant U.S. Attorney

8 | DATED: September 16, 2010         By: /s/ Kyle F. Reardon for
9 |                                        MARK AXUP
                                           Attorney for Defendant
                                           JERRY VAN LE

**ORDER**

**APPROVED AND SO ORDERED:**

Date: 9/16/10

HONORABLE EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT
COURT JUDGE

Stipulation and Order
Continuing Judgment and
Sentencing