1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-0444 EJG |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING JUDGMENT AND SENTENCING |
| v. | ) ) | |
| JERRY VAN LE, | ) ) | Date: Friday, December 10, 2010 Time: 10:00 a.m. |
| Defendant. | ) ) | Court: Hon. Edward J. Garcia |

The parties request that the judgment and sentencing currently set for Friday, December 10, 2010, at 10:00 a.m., be continued to Friday, December 17, 2010, at 10:00 a.m. The reason for this requested continuance is to permit the parties to

///
///
///
///
///
///
///
///
///

1

conclude their pre-sentence investigations and to prepare appropriate sentencing materials based upon those investigations.

DATED: December 8, 2010          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney


                            By:  /s/ Kyle Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney

DATED: December 8, 2010          /s/ Kyle Reardon for
                                 MARK S. AXUP
                                 Counsel for the defendant


**O R D E R**

APPROVED AND SO ORDERED.

DATED: December 9, 2010          /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 U.S. District Court Judge

2