BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-0444 EJG |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING RESTITUTION HEARING |
| v. | ) ) | |
| JERRY VAN LE, | ) ) | Date: Friday, June 17, 2011 Time: 10:00 a.m. |
| Defendant. | ) ) | Court: Hon. Edward J. Garcia |

The parties request that the hearing currently set for Friday, June 17, 2011, at 11:00 a.m., be continued to Friday, July 22, 2011, at 10:00 a.m. The parties are currently litigating a government motion for restitution filed on February 24, 2011. C.R. 23. The reason for this request for a second continuance in this hearing is to permit defense counsel to obtain a signed waiver of appearance from the defendant. Defense counsel has spoken with the defendant about the hearing, anticipates that his client will waive his personal appearance at the hearing, and expects to receive a signed waiver of appearance shortly.

///

///

1

In the event that the waiver is not signed, the additional time is needed to permit the government to coordinate the defendant's travel with the United States Marshals.

DATED: June 15, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  */s/ Kyle Reardon*
                                        KYLE REARDON
                                        Assistant U.S. Attorney

DATED: June 15, 2011                    */s/ Kyle Reardon for*
                                        MARK S. AXUP
                                        Counsel for the defendant


**O R D E R**

APPROVED AND SO ORDERED.

DATED: June 15, 2011                    /s/ Edward J. Garcia
                                        U.S. District Court Judge