```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:09-CR-0444 EJG |
|---|---|
| Plaintiff, | ) **OONTINUING RESTITUTION HEARING** |
| v. | ) Date: Friday, July 22, 2011 |
| JERRY VAN LE, | ) Time: 10:00 a.m. |
| Defendant. | ) Court: Hon. Edward J. Garcia |

The parties request that the hearing currently set for Friday, July 22, 2011, at 11:00 a.m., be continued to Friday, August 26, 2011, at 10:00 a.m.  The parties are currently litigating a government motion for restitution filed on February 24, 2011.  C.R. 23.  The reason for this request for a third continuance in this hearing is to permit defense counsel to continue to consult with his client on the issue of restitution.

///
///
///
///
///
///

1

1 Defense counsel has spoken with the defendant about the hearing
2 and his appearance; however, he has been unable to complete his
3 investigation and legal research into this case.

DATED: July 21, 2011                Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                By: /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney

DATED: July 21, 2011                /s/ Kyle Reardon for
                                    MARK S. AXUP
                                    Counsel for the defendant


**O R D E R**

APPROVED AND SO ORDERED.

DATED: 7/21/11                      /s/ Edward J. Garcia
                                    EDWARD J. GARCIA, JUDGE
                                    U.S. District Court Judge