BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-0444 EJG |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING RESTITUTION** |
| ) | **HEARING** |
| v. ) | |
| ) | |
| JERRY VAN LE, ) | Date: Friday, August 26, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| ) | |

The parties request that the hearing currently set for Friday, August 26, 2011, at 11:00 a.m., be continued to Friday, September 30, 2011, at 10:00 a.m.  The parties are currently litigating a government motion for restitution filed on February 24, 2011.  C.R. 23.  The reason for this request for a continuance in this hearing is to permit defense counsel to continue to consult with his client on the issue of restitution.

///
///
///
///
///
///

1

1  Defense counsel has spoken with the defendant about the hearing
2  and his appearance; however, he has been unable to complete his
3  investigation and legal research into this case.
4       In addition, defense counsel has been unable to obtain a
5  waiver of appearance from the defendant.  Due to this fact, the
6  continuance is needed in order to permit the United States
7  Marshals sufficient time to bring the defendant from Arizona to
8  Sacramento for the hearing.

DATED: August 23, 2011          Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney


                           By:  /s/ Kyle Reardon
                                KYLE REARDON
                                Assistant U.S. Attorney

DATED: August 23, 2011          /s/ Kyle Reardon for
                                MARK S. AXUP
                                Counsel for the defendant


**O R D E R**

APPROVED AND SO ORDERED.

DATED: August 24, 2011          /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                U.S. District Court Judge

2