# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
v.  ) CR NO: 2:09-cr-0444
 )
JERRY VAN LE



FILED
SEP -1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum.

Name of Detainee:     **JERRY VAN LE**

Detained at (custodian):    **SAFFORD FCI**

Detainee is:  a.)   ☒ charged in this district by:
                    ☐ Indictment        ☒ Information        ☐ Complaint
              Charging Detainee With:    **18 U.S.C. § 1341 - Mail Fraud**

or         b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ☐ return to the custody of detaining facility upon termination of proceedings
or         b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary September 30, 2011 at 10:00 a.m., Courtroom 8, in the Eastern District of California.*

Signature: ___/s/ KYLE F. REARDON___
Printed Name & Phone No: **KYLE F. REARDON (916) 554-2782**
Attorney of Record for:___United States of America___

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *September 30, 2011 at 10:00 a.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

___9/1/11___                                    _____
Date                                            United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Male ☒ | Female ☐ |
| Booking or CDC #: | 18403-097 | DOB: | 03/22/1979 |
| Facility Address: | 1529 West Highway 366 | Race: | Asian |
| | Safford, AZ 85546 | FBI #: | |
| Facility Phone: | (928) 428-6600 | | |
| Currently Incarcerated For: | Mail Fraud | | |

-----

### RETURN OF SERVICE

Executed on _____ by _____
                                    (Signature)

Form Crim-48                                                    Revised 11/19/97